No. 11–7467. CLARKE v. EVANS ET AL. Super. Ct. Fulton County, Ga. Certiorari denied.

No. 11–7468. DAVIS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–7470. ELCOCK v. WHITECOTTON ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–7475. MURILLO v. PENALOZA. Sup. Ct. Cal. Certiorari denied.

No. 11–7484. JONES-EL v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–7521. TYLER v. ARELLANO, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–7541. MEDICINE BLANKET v. BRILL, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–7549. VALOT v. LATTIMORE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7564. OLIVER v. HARDY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–7566. SKY v. MARSHALL, SUPERINTENDENT, HILAND MOUNTAIN CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 11–7584. BATTLE v. PORT ALLIANCE FEDERAL CREDIT UNION. Sup. Ct. Va. Certiorari denied.

No. 11–7591. KNIGHT v. JOHNSON. C. A. 7th Cir. Certiorari denied.

